IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRUN L. JONES**  PETITIONER
ADC #143301

v.  5:19CV00099-BRW-JJV

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 10) submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.[1] After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

No certificate of appealability will issue.

IT IS SO ORDERED this 15th day of July, 2019.

                                              <u>Billy Roy Wilson</u>
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 11, 12.