IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRUN L. JONES**  **PETITIONER**
**ADC #143301**

v.  **5:19CV00099-BRW-JJV**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 15th day of July, 2019.

                                              <u>Billy Roy Wilson</u>
                                              UNITED STATES DISTRICT JUDGE